No. 91–8762.  IN RE L'AQUARIUS;
No. 92–5034.  IN RE ESTES;
No. 92–5073.  IN RE MILLER;
No. 92–5083.  IN RE SEDIVY;
No. 92–5114.  IN RE MILLER;
No. 92–5345.  IN RE VEY; and
No. 92–5427.  IN RE WILSON.  Petitions for writs of habeas corpus denied.

No. 91–1858.  IN RE DOLENZ;
No. 91–7975.  IN RE LIFFITON;
No. 91–8254.  IN RE RODRIGUEZ;
No. 91–8438.  IN RE MASON;
No. 91–8471.  IN RE GOUGE;
No. 91–8488.  IN RE LAKE;
No. 91–8495.  IN RE BAUER;
No. 91–8505.  IN RE MILLER;
No. 91–8525.  IN RE GAYDOS;
No. 91–8573.  IN RE ELLIS;
No. 91–8619.  IN RE ANDERSON;
No. 91–8653.  IN RE MEYERS;
No. 91–8732.  IN RE JACKSON;
No. 92–59.  IN RE ANDERSON;
No. 92–154.  IN RE RAITPORT;
No. 92–230.  IN RE MOTHERSHED;
No. 92–5072.  IN RE MILLER;
No. 92–5147.  IN RE MILLER; and
No. 92–5629.  IN RE JOHNSON.  Petitions for writs of mandamus denied.

No. 91–8253.  IN RE MACKENZIE;
No. 91–8255.  IN RE MCCONE; and
No. 92–5300.  IN RE HEAD.  Petitions for writs of mandamus and/or prohibition denied.

No. 91–8552.  IN RE WHITAKER.  Petition for writ of prohibition denied.

No. 91–1671.  MERTENS ET AL. v. HEWITT ASSOCIATES.  C. A. 9th Cir.  Certiorari granted.